1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GARY SOSENKO, DIANE TERRY, and MICHAEL BURRAGE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LG ELECTRONICS U.S.A., INC.

Defendant.

Case No. 8:19-cv-00610-JLS (ADSx)

**ORDER ENTERING STIPULATION TO STAY CASE PENDING SETTLEMENT APPROVAL**

Having reviewed and considered the Parties' Stipulation to Stay Case Pending Settlement Approval, and for good cause shown, the Court hereby **ORDERS** as follows:

1.      All proceedings in this action, including all discovery and case deadlines, are hereby stayed for 45 days from the date hereof.

2.      The Parties are directed to file a joint status report with the Court no later than 45 days from the date of entry of this order.  If the parties are unprepared to file a motion for preliminary approval, the Court will likely lift the stay at that time.

**IT IS SO ORDERED.**

Dated:  April 10, 2020

_____

Hon. Josephine L. Staton
United States District Judge