JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GARY SOSENKO, DIANE TERRY, and MICHAEL BURRAGE, on behalf of themselves and all others similarly situated,

                Plaintiffs,

        v.

LG ELECTRONICS U.S.A., INC.

                Defendant.

Case No. 8-19-cv-00610-JLS (ADSx)

**ORDER ENTERING STIPULATION TO TRANSFER ACTION TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1404(A)**

ORDER ENTERING STIPULATION TO TRANSFER ACTION PURSUANT TO 28 U.S.C. § 1404(A)
Case No. 8:19-cv-00610-JLS (ADSx)

1    Having reviewed and considered the Parties' Stipulation to Transfer Action to the
2    District of New Jersey Pursuant to 28 U.S.C. § 1404(a), and finding that transfer will serve
3    the convenience of the parties and is in the interests of justice, the Court **GRANTS** the
4    stipulation and hereby directs the Clerk to transfer the above captioned action to the
5    District of New Jersey.

7        **IT IS SO ORDERED.**

9    Dated: June 22, 2020          By: _____
10                                        Hon. Josephine L. Staton
11                                        United States District Judge

1

ORDER ENTERING STIPULATION TO TRANSFER ACTION PURSUANT TO 28
U.S.C. § 1404(A)
Case No. 8:19-cv-00610-JLS (ADSx)