UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL BENTLEY, ROBERT DEGNER, CHERYL ERVIN, SAM LEE, and KATHLEEN MCCANN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC.,<br><br>Defendant. | Case No. 2:19-cv-13554-MCA-MAH (consolidated with Case Nos. 2:19-cv-15185-MCA-MAH, 2:19-cv-15826-MCA-MAH, and 2:20-cv-07652-MCA-MAH)<br><br>**ORDER CONSOLIDATING ACTIONS** |

The Court having reviewed the Stipulation to Consolidate these Actions, IT IS HEREBY ORDERED that:

1. The Parties' Stipulation to Consolidate is approved and the case file for the Consolidated Action will be maintained under Case No. 2:19-cv-13554-MCA-MAH.

2. The Clerk is directed to administratively close the related case, *Sosenko, et al. v. LG Electronics U.S.A., Inc.*, No. 2:20-cv-07652-MCA-MAH.

3. The Parties shall confer regarding whether any action subsequently filed, transferred, or removed to this Court arises out of the same or similar operative facts as the Consolidated Action and therefore should be consolidated with it. The

Parties shall file a Notice of Related Cases pursuant to Civil L.R. 40.1 whenever a case that they agree should be consolidated with this action is filed in, or transferred to, this District.

4. All existing case management deadlines in the *Bentley* action will govern the *Sosenko* action.

5. Plaintiffs will move in the Consolidated Action for preliminary approval of their Settlement under FED. R. CIV. P. 23(e) on or before July 17, 2020.

5. Except as otherwise stipulated, all parties reserve their rights in all respects.

IT IS SO ORDERED.

Dated: 7/10/20

_____
HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE